ORREN B. JACOBS et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Jacobs* v. *N. Y. C. & H. R. R. R. Co,* 107 App. Div. 134, affirmed.
(Submitted November 13, 1906; decided November 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 15, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover damages for a loss by fire alleged to have been occasioned through defendant's negligence.

*Henry Purcell* for appellant.

*Irving G. Hubbs* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: GRAY and HISCOCK, JJ.